# UNITED STATES DISTRICT COURT
for the

USA
_____
Plaintiff
v.
Andrew Harris
_____
Defendant

) 
) 
) Case No. 19-CR-412
) 
)

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Andrew Harris

Date: 7/26/19

William Brennan
_____
Attorney's signature

William J. Brennan    49665
_____
Printed name and bar number

1600 Locust Street
Phila PA 19103
_____
Address

Brennan_Law@Hotmail.com
_____
E-mail address

215-568-1400
_____
Telephone number

215-568-1449
_____
FAX number