Waiver of Indictment

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :     CRIMINAL NO. 19-412-01 |
| ANDREW HARRIS | : |

ANDREW HARRIS, the above named defendant, who is accused of accessing, and aiding and abetting the accessing of, a computer without authorization to obtain information from any protected computer, in violation of 18 U.S.C. § 1030(a)(2)(C); and attempting to access a computer without authorization or exceeding authorized access to obtain information from any department of the United States, in violation of 18 U.S.C. § 1030(b), being advised of the nature of the charge and his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
ANDREW HARRIS, Defendant,

_____
Witness,

9/5/19
Date

_____
William J. Brennan, Esq., Counsel for Defendant,